COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:              01-13-00477-CR

Style:                     Sergio Gordillo

                         **v.** The State of Texas

Date motion filed[*]:       January 7, 2014

Type of motion:          Motion for extension of time to file appellant's brief

Party filing motion:        Appellant

Document to be filed:     Appellant's brief

Is appeal accelerated?     No

If motion to extend time:

    Original due date:               December 27, 2013

    Number of previous extensions granted:         Current Due date:

    Date Requested:              Reasonable time after filing of hearing record

Ordered that motion is:

    ☑        Granted

               If document is to be filed, document due: **February 5, 2014**

    ☐        The Court will not grant additional motions to extend time absent extraordinary circumstances.

    ☐        Denied

    ☐        Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐        Other: _____

    On January 6, 2014, a reporter's record of the April 8, 2013 hearing on motion for continuance was filed with this Court. Accordingly, appellant's brief is due to be filed on or before February 5, 2014. *See* TEX. R. APP. P. 34.1, 38.6(a).

Judge's signature:  /s/ Justice Jim Sharp
                ☑    Acting individually    ☐    Acting for the Court

Panel consists of  _____

Date: January 16, 2014